UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

12  CV  01663

Karine Sahakyan

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Mount Sinai Medical Center, Chandra
Matthews, Charlene Spence, Reshma
Kahan, Shavon Ramnarine

*(In the space above enter the full name(s) of the defendant(s).)*
*If you cannot fit the names of all of the defendants in the space*
*provided, please write "see attached" in the space above and*
*attach an additional sheet of paper with the full list of names.*
*Typically, the company or organization named in your charge*
*to the Equal Employment Opportunity Commission should be*
*named as a defendant.  Addresses should not be included here.)*

**COMPLAINT**
**FOR EMPLOYMENT**
**DISCRIMINATION**

Jury Trial:  ☐ Yes  ☒ No
*(check one)*

RECEIVED
MAR 06 2012
PRO SE OFFICE

This action is brought for discrimination in employment pursuant to: *(check only those that apply)*

_____  Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
*NOTE:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

__X___  Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634.
*NOTE:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.*

_____  Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 - 12117.
*NOTE: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

__X___  New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic chacteristics, marital status).

__X___  New York City Human Rights Law, N.Y. City Admin. Code §§ 8-101 to 131 (actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status).

## I.     Parties in this complaint:

A.     List your name, address and telephone number.  Do the same for any additional plaintiffs named.
Attach additional sheets of paper as necessary.

Plaintiff        Name _Karine   Sahakyan_
                  Street Address _7117  12th Ave_
                  County, City _Brookly, NY 11228_
                  State & Zip Code _Brookly, NewYork 11228_
                  Telephone Number _(347) 526 - 4405_

B.     List all defendants'  names and the address where each defendant may be served.  Make sure that the
defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets
of paper as necessary.

Defendant      Name _Mount Sinai Medical Center_
                  Street Address _One Gustave Levy L Place_
                  County, City _NewYork, NewYork_
                  State & Zip Code _NewYork 10029_
                  Telephone Number _212-241-6500_

C.     The address at which I sought employment or was employed by the defendant(s) is:

                  Employer _____
                  Street Address _____
                  County, City _____
                  State & Zip Code _____
                  Telephone Number _____

## II.     Statement of Claim:

State as briefly as possible the <u>facts</u> of your case, including relevant dates and events.  Describe how you were
discriminated against.  If you are pursuing claims under other federal or state statutes, you should include facts
to support those claims.  You may wish to include further details such as the names of other persons involved
in the events giving rise to your claims.  Do not cite any cases.  If you intend to allege a number of related
claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as
necessary.

A.  The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

      _____      Failure to hire me.

      ✓      Termination of my employment.

      _____      Failure to promote me.

      _____      Failure to accommodate my disability.

      _____      Unequal terms and conditions of my employment.

_____    Retaliation.

_____    Other acts *(specify)*: _____.

**Note:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.*

B.    It is my best recollection that the alleged discriminatory acts occurred on: 12-19-11 .
                                                                             *Date(s)*

C.    I believe that defendant(s) *(check one)*:

_____    is still committing these acts against me.

✓    is not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check only those that apply and explain)*:

☒    race   Armenian          ☒   color   White

☐    gender/sex  _____        ☐   religion_____

☒    national origin   Armenian

☒    age.   My date of birth is 12-17-1950   *(Give your date of birth only if you are asserting a claim of age discrimination.)*

☐    disability or perceived disability, _____ *(specify)*

E.    The facts of my case are as follow *(attach additional sheets as necessary)*:

I took Leave of absence due to the harsh treatment Committed against me by my manager Chandra Matthews and Co-workers, Charlene, Shavon, Reshma, Monika. I would be insulted and called "Old bitch" I was having a nervous breakdown, and spoke to my doctor, My Leave of absence was from, 8-23-11 - 12-30-11 I was terminated, Violating My FMLA act of 12 months of Leave.

**Note:** *As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights or the New York City Commission on Human Rights.*

## III.    Exhaustion of Federal Administrative Remedies:

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding defendant's alleged discriminatory conduct on: _____ 2 , 23 2012 _____ *(Date)*.

B.    The Equal Employment Opportunity Commission *(check one)*:

_____    has not issued a Notice of Right to Sue letter.

__✓__    issued a Notice of Right to Sue letter, which I received on 2-28-12 *(Date)*.

*Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.*

C.    Only litigants alleging age discrimination must answer this Question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

__✓__    60 days or more have elapsed.

_____    less than 60 days have elapsed.

## IV.    Relief:

WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs, as follows: I would like relief in wages loss and medical bills due to my termination My health is deteriorated.

*(Describe relief sought, including amount of damages, if any, and the basis for such relief.)*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 3 day of 6 , 2012

Signature of Plaintiff    Sahehyeu

Address    7117 12th Avenue

Brooklyn, NY 11228

_____

_____

Telephone Number    347-526-4405

Fax Number *(if you have one)*    _____

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To: **Karine Sahakyan**
**7117 12th Avenue**
**Brooklyn, NY 11228**

From: **New York District Office**
**33 Whitehall Street**
**5th Floor**
**New York, NY 10004**

|  |  |
|---|---|
| ☐ | *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))* |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **520-2012-01334** | **Thomas Perez,** **Investigator** | **(212) 336-3778** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒  The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☐  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐  Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Kevin J. Berry*                                    2-24-12

**Kevin J. Berry,**
**District Director**

*(Date Mailed)*

Enclosures(s)

cc:      **Director**
**Human Resources**
**MOUNT SINAI HOSPITAL**
**1 Gustave L Levy Place**
**New York, NY 10029**