David Abrams, Attorney at Law
299 Broadway Suite 1700
New York, New York 10007
Tel. 212-897-5821 dnabrams@gmail.com

United States District Court
Southern District of New York
_____

| | | |
|---|---|---|
| Karine Sahakyan, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| - against - | ) | No. 12 cv 1663 (PKC) |
| | ) | |
| Mount Sinai Medical Center et al., | ) | **Appearance** |
| | ) | |
| Defendants. | ) | |
| _____) | | |

    David Abrams appears in this matter on behalf of the Plaintiff and respectfully demands that copies of all papers filed in this matter be served upon him.

                  Respectfully submitted,

                  /s/ David Abrams
                  _____

                  David Abrams
                   Attorney for Plaintiff
                  299 Broadway Suite 1700
                  New York, NY 10007
                  Tel. 212-897-5821
                  dnabrams@gmail.com

Dated:      New York, NY
              July 20, 2012

    I, David Abrams, hereby affirm under penalty of perjury that contemporaneously with the filing of this document, I am sending a true copy by first class mail, postage pre-paid, in a secure envelope, by placing the same in a postal depository in the exclusive custody of the United States Postal Service within the State of New York to the name and address below.

                  /s/ David Abrams
                  _____

    Rory J. McEvoy, Esq.
    Edwards Wildman Palmer LLP
    750 Lexington Ave
    New York, NY 10022