EDWARDS WILDMAN PALMER LLP
Rory J. McEvoy
Rachel B. Jacobson
Attorneys for Defendants
The Mount Sinai Hospital and Chandra Matthews
750 Lexington Avenue
New York, New York 10022
212.308.4411
rmcevoy@edwardswildman.com
rjacobson@edwardswildman.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

KARINE SAHAKYAN,

            Plaintiff,

    -against-

THE MOUNT SINAI MEDICAL CENTER,
CHANDRA MATTHEWS, CHARLENE SPENCE,
RESHMA KAHAN, SHAVON RAMNARINE,

            Defendants.
_____

12 Civ. 1663 (PKC)(FM)

**RULE 7.1 DISCLOSURE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for The Mount Sinai Hospital, named herein as Mount Sinai Medical Center, a private (non-governmental) party, certifies that the following are corporate parents, subsidiaries, or affiliates of those parties which are publicly held:   NONE.

Date:  New York, New York
        August 10, 2012

EDWARDS WILDMAN PALMER LLP

By: _____
       Rory J. McEvoy
Attorneys for Defendants
The Mount Sinai Hospital and Chandra Matthews
750 Lexington Avenue
New York, New York 10022
212.308.4411
rmcevoy@edwardswildman.com

EDWARDS WILDMAN PALMER LLP
Rory J. McEvoy
Rachel B. Jacobson
Attorneys for Defendants
The Mount Sinai Hospital and Chandra Matthews
750 Lexington Avenue
New York, New York 10022
212.308.4411
rmcevoy@edwardswildman.com
rjacobson@edwardswildman.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KARINE SAHAKYAN,

        Plaintiff,

-against-

THE MOUNT SINAI MEDICAL CENTER,
CHANDRA MATTHEWS, CHARLENE SPENCE,
RESHMA KAHAN, SHAVON RAMNARINE,

        Defendants.

12 Civ. 1663 (PKC)(FM)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                          )  ss.:
COUNTY OF NEW YORK  )

Jean W. McLoughlin, being duly sworn, deposes and says that she is over the age of eighteen; is not a party to this action; and that on the 10th day of August 2012, she caused a true and correct copy of the foregoing ANSWER and RULE 7.1 DISCLOSURE to be served upon:

    David Abrams, Esq.           Chaim Book, Esq.
    299 Broadway                   Moskowitz & Book, LLP
    Suite 1700                      345 Seventh Avenue, 21st Floor
    New York, New York 10007   New York, New York 10001

by depositing a true copy of said documents enclosed in a prepaid, sealed wrapper, properly addressed to the above-named party, in an official depository under the exclusive care and custody of the United States Postal Service, first class mail, within the State of New York and by filing same on the United States District Court, Southern District of New York's electronic court filing system.

                                                    Jean W. McLoughlin

Sworn to before me this
10th day of August 2012

_____
Notary Public

RACHEL JACOBSON
Notary Public, State of New York
No. 02JA6209209
Qualified in New York County
Commission Expires July 20, 2013