United States District Court
Southern District of New York

---

Karine Sahakyan,           )
                           )
                Plaintiff, )
                           )
        - against -        )      No. 12 cv 1663 (PKC)
                           )
Mount Sinai Medical Center et al., )
                           )
                Defendants. )
---

It is hereby stipulated and agreed by and between the parties that this matter shall be and hereby is dismissed without prejudice and that the tolls of CPLR Section 205 and/or 28 U.S.C. Section 1367 shall apply.

[continued on next page]

MOSKOWITZ & BOOK, LLP

By:_____
Chaim B. Book
M. Todd Parker
345 Seventh Avenue, 21st Floor
New York, New York 10001
Tel: 212-221-7999
Fax: 212-398-8835
cbook@mb-llp.com

Attorneys for Defendants
Shavon Ramnarine and Charlene Spence

EDWARDS WILDMAN PALMER LLP

By: _/s/_____
Rory McEvoy  P. RCHEL JACOBSON
750 Lexington Avenue
New York, New York 10022
Tel: 212-308-4411
Fax: 212-308-4844
rmcevoy@edwardswildman.com

Attorneys for Defendants The Mount Sinai
Hospital and Chandra Mathews


DAVID ABRAMS, ATTORNEY AT LAW

By: _/s/_____
David Abrams
299 Broadway, Suite 1700
New York, New York 10007
Tel: 212-897-5821
Fax: 212-897-5811
dnabrams@gmail.com

Attorneys for Plaintiff

MOSKOWITZ & BOOK, LLP

By: _____ 10/5/12
    Chaim B. Book
    M. Todd Parker
345 Seventh Avenue, 21st Floor
New York, New York 10001
Tel: 212-221-7999
Fax: 212-398-8835
cbook@mb-llp.com

Attorneys for Defendants
Shavon Ramnarine and Charlene Spence

EDWARDS WILDMAN PALMER LLP

By: _____
    Rory McEvoy
750 Lexington Avenue
New York, New York 10022
Tel: 212-308-4411
Fax: 212-308-4844
rmcevoy@edwardswildman.com

Attorneys for Defendants The Mount Sinai
Hospital and Chandra Mathews

DAVID ABRAMS, ATTORNEY AT LAW

By: _____
    David Abrams
299 Broadway, Suite 1700
New York, New York 10007
Tel: 212-897-5821
Fax: 212-897-5811
dnabrams@gmail.com

Attorneys for Plaintiff

SO ORDERED:

_____
U.S.D.J.

10-9-12